UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO McKINNEY,

        Petitioner,

   v.

SCOTT KERNAN,

        Respondent.

No. 2: 18-cv-1466 KJN P

ORDER

Petitioner, a state prisoner at Ironwood State Prison, has filed a copy of an order by the California Supreme Court denying petitioner's habeas corpus petition. Petitioner has also filed an application to proceed in forma pauperis.

In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases. The court will not issue any orders granting or denying relief until an action has been properly commenced. Unless petitioner files a petition, this action will be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days,[1] petitioner shall file a petition that complies with the requirements

---

[1] By setting this deadline, the court makes no finding or representation that the petition is not subject to dismissal as untimely. See Sossa v. Diaz, 729 F.3d 1225, 1231-35 (9th Cir. 2015). Petitioner is advised that a one year statute of limitations is applicable to all claims presented in a federal habeas corpus petition. See 28 U.S.C. § 2244(d)(1); see also Mardesich v. Cate, 668 F.3d 1164 (9th Cir. 2012) (holding that the one year statute of limitations applied to each claim in a

1

of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

    2. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus.

Dated: June 5, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mck1466.nop

---

habeas petition on an individual basis).